IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ROBERT MEACHAM                                                                                    PLAINTIFF

v.                                    NO. 3:14-cv-00090 JTK

CAROLYN W. COLVIN, Acting Commissioner                                       DEFENDANT
of the Social Security Administration

## JUDGMENT

Pursuant to the Memorandum Opinion and Order entered this day, judgment is entered for the Acting Commissioner of the Social Security Administration.

IT IS SO ORDERED this 21st day of May, 2015.

_____
UNITED STATES MAGISTRATE JUDGE